1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California  95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email:  tanya@moorelawfirm.com

5 Attorneys for Plaintiff
Stephen Behman

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN BEHMAN, | ) No.  5:14-cv-02783-LHK |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | ) |
| JF PLAZA PARTNERS, L.P., et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Stephen Behman and Defendant JF Plaza Partners, L.P., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: January 14, 2015                MOORE LAW FIRM, P.C.

                                      /s/ Tanya E. Moore
                                      Tanya E. Moore
                                      Attorneys for Plaintiff
                                      Stephen Behman

Date: January 14, 2015                FARELLA BRAUN + MARTEL LLP

                                      /s/ Adam C. Dawson
                                      Adam C. Dawson
                                      Unnati Gandhi
                                      Attorneys for Defendant
                                      JF Plaza Partners, L.P.

The Clerk shall close the case file.

Date: January 15, 2015

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, /s/ Lucy H. Koh, Judge Lucy H. Koh]